| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ARTIS GILMORE, §
　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
versus §　　CIVIL ACTION NO. 1:21-CV-00621
　　　　　　　　　　　　　　　§
GUILD MORTGAGE COMPANY, LLC, §
　　　　　　　　　　　　　　　§
　　　　　Defendant. §
　　　　　　　　　　　　　　　§

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On January 3, 2022, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to a standing order. On February 21, 2022, Judge Hawthorn recommended that the court dismiss this case *sua sponte* because *pro se* Plaintiff Artis Gilmore had failed to prosecute his case. *See Clofer v. Perego*, 106 F.3d 678, 679 (5th Cir. 1997); Doc. No. 6. Judge Hawthorn noted that Gilmore neither participated in the required Rule 26(f) conference nor responded to Defendant Guild Mortgage Company's Motion to Dismiss. Further, Gilmore has failed to provide the court with a working mailing address. Doc. No. 7. No objections to the Report and Recommendation have been filed, and the time for doing so has passed. Nevertheless, the court has reviewed Judge Hawthorn's Report and Recommendation and concludes that its factual findings and statements of law are correct.

It is therefore **ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. No. 6) is **ADOPTED**.  The above case is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 10th day of March, 2022.

                                              MARCIA A. CRONE
                                       UNITED STATES DISTRICT JUDGE